# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPORTS CHEAP GADGETS, et al., <br><br> Defendants. | No. C22-1210RSL <br><br> ORDER OF REFERENCE <br> Supervision of All Pretrial <br> Proceedings in Civil Case |

The Court hereby refers all pretrial proceedings in this case to United States Magistrate Judge S. Kate Vaughan, pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3, 4 and 6. The Magistrate Judge shall:

(a) consider and take appropriate action upon any and all motions currently pending, and any other motions filed prior to trial;

(b) supervise the completion of discovery;

(c) supervise the preparation of a pretrial order; and

(d) consider and act upon such other matters as might arise in the pretrial phases of this case.

ORDER OF REFERENCE

Review of actions by the Magistrate Judge shall be in accordance with the provisions of 28 U.S.C. §636(b)(1), Fed. R. Civ. P. 72, and Local Rules MJR 3, 4 and 6.

DATED this 14th day of September, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE                -2-